## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WENDY FRIEDRICH | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | No.: 21-1744-JMY |
| v. | : | |
| | : | |
| TERRA ABSTRACT, INC. | : | |
| and | : | |
| STERN & EISENBERG, P.C. | : | |
| | : | |
| Defendants. | : | |
| | : | |

## **ORDER**

**AND NOW**, this 11th day of January, 2022, it having been reported that the issues between the Parties in this action have been settled, and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is ORDERED that this action is DISMISSED with prejudice, without costs to either Party.

/s/ *John Milton Younge*

The Honorable John M. Younge,
U.S.D.J

1